AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## District of Columbia

UN~~SEALED~~

FID# 98160064

| | |
|---|---|
| United States of America<br>v.<br>Mustafa Muhammad Muftah Al-Imam<br><br>*Defendant* | ) Case: 1:15-mj-00318<br>) Assigned To : Magistrate Judge Alan Kay<br>) Assign. Date : 5/19/2015<br>) Description: Criminal Complaint & Arrest<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Mustafa Muhammad Muftah Al-Imam,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
See Attached Affidavit, which is incorporated herein by reference.

FILED
NOV 03 2017
Clerk, U.S. District and
Bankruptcy Courts

Date: 05/19/2015

*Issuing officer's signature*

City and state: Washington, D.C.

U.S. Magistrate Judge Alan Kay
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/19/15, and the person was arrested on *(date)* 11/3/17
at *(city and state)* Washington, D.C.

Date: 11/3/17

*Arresting officer's signature*

DUSM Thomas Versace
*Printed name and title*